UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS GEORGE, Jr., | Case No. 2:23-cv-00844-WBS-JDP (PC) |
| Plaintiff, | **ORDER** |
| v. | GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT |
| A. LOPEZ, *et al.*, | |
| Defendants. | ECF No. 15 |
| | RESPONSE DUE FEBRUARY 26, 2024 |

Plaintiff has filed a second motion for an extension of time to file an amended complaint. ECF No. 15. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 15, is granted.

2. Plaintiff is granted until February 26, 2024, to file an amended complaint.

3. Failure to comply with this order may result in a recommendation of dismissal.

4. Absent extraordinary circumstances, no further extensions of time will be granted.

IT IS SO ORDERED.

Dated:   January 11, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE