UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS GEORGE, JR.,

        Plaintiff,

   v.

A. LOPEZ,

        Defendant.

Case No.  2:23-cv-0844-WBS-JDP (P)

ORDER

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On October 30, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

     The court has reviewed the file and finds the magistrate judge's recommendation of dismissal for lack of prosecution to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

     1.  This action is DISMISSED without prejudice for failure to prosecute for the reasons set forth in the October 2, 2025 order;

1

2. Defendant's motion for summary judgment, ECF No. 33, is DENIED as moot; and

3. The Clerk of Court is directed to close the case.

Dated: November 19, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE